UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE: 6:18-cv-629-Orl-41TBS

CARLOS BRITO,

    Plaintiff,
v.

SOUTHLAN PLAZA INC., FAMILY DOLLAR
STORES OF FLORIDA, LLC, MORAN FOODS,
LLC and ST CLOUD CHINA HOUSE, LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a settlement agreement. The Parties will file a stipulation dismissing this action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines insofar as they relate to Defendant FAMILY DOLLAR STORES OF FLORIDA, LLC.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: July 23, 2018.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jesse I. Unruh* |
| ANTHONY J. PEREZ | JESSE I. UNRUH |
| Florida Bar No.: 535451 | Florida Bar. No.: 93121 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | JACKSON LEWIS P.C. |
| 4937 S.W. 74th Court, Unit #3 | 390 N. Orange Avenue, Suite 1285 |
| Miami, FL 33155 | Orlando, FL 32801 |
| Telephone: (305) 553- 3464 | Telephone: (407) 246-8440 |
| Facsimile: (305) 553-3031 | Facsimile: (407) 246-8441 |
| Email: ajperezlaw@gmail.com | Email: jesse.unruh@jacksonlewis.com |
| Secondary Email: mpomares@lawgmp.com | *Attorney for Defendant, Family Dollar Stores of Florida, LLC* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**

*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mails: mpomares@lawgmp.com

By: /s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451