UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CARLOS BRITO,**

      **Plaintiff,**

**v.**                                                                     Case No: 6:18-cv-629-Orl-41TBS

**SOUTHLAN PLAZA INC., MORAN FOODS, LLC and ST CLOUD CHINA HOUSE, LLC,**

      **Defendants.**

                                              /

**ORDER**

THIS CAUSE is before the Court on Defendant St. Cloud China House, LLC's Second Amended Verified Motion for Reasonable Attorney's Fees, Expenses and Costs (Doc. 66) and Defendant Moran Foods, LLC's Amended Verified Motion for Attorney's Fees (Doc. 67). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 70), in which he recommends that the Court deny the Motions.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the R&R. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 70) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Defendant St. Cloud China House, LLC's Second Amended Verified Motion for Reasonable Attorney's Fees, Expenses and Costs (Doc. 66) and Defendant Moran Foods, LLC's Amended Verified Motion for Attorney's Fees (Doc. 67) are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2019.



Copies furnished to:

Counsel of Record